UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEENA MORGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-cv-2068 |
| | § | |
| STATE OF TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Upon Plaintiff's showing of good cause for her failure to file a Notice of Appeal within thirty days after judgment, this Court hereby **GRANTS** Plaintiff's Motion for an Extension of Time to Appeal (Doc. No. 19) pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A).

**IT IS SO ORDERED.**

SIGNED this 2nd day of May, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT